UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
LEROY DAVIS,

                     Plaintiff,          12 CV 1219 (JBW) (JO)

    -against-

JAVIER VELEZ, JAMES LUKESON,          **JUDGMENT IN A CIVIL ACTION**
and GARY CALHOUN,

                     Defendants.
------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2014 ★
BROOKLYN OFFICE

This case was tried to a jury before the Hon. Jack B. Weinstein on December 9, 10, 11, 12, 13, 16, and 17, 2013, and the jury rendered its verdict on December 17, 2013. The jury found in favor of plaintiff on his claims of false arrest, denial of a fair trial, and malicious prosecutions against each of the defendants. Based on the verdict returned by the jury, it is

       **ORDERED** that judgment be and is hereby entered in favor of plaintiff, Leroy Davis, and against defendants Javier Velez in the amount of $180,000, James Lukeson in the amount of $180,000, and Gary Calhoun in the amount of $200,000

Date: 4/25/14
Brooklyn, New York

                                        CLERK OF COURT
                                        Douglas C. Palmer

                                        By Deputy Clerk